UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

PEGGY COX,[1] *et al.*,

    Plaintiffs,                                 Case No. 3:20-cv-272

vs.

CHRISTMAS TREE SHOPS, INC., *et al.*,     District Judge Michael J. Newman

    Defendants.

## ORDER CONDITIONALLY DISMISSING THIS CASE

The Court, having been advised that the parties have settled this matter, **ORDERS** that this action is hereby **DISMISSED**, provided that either party may, upon good cause shown within 45 days, reopen the action if settlement is not consummated.

**IT IS SO ORDERED.**

  March 10, 2023                                 s/Michael J. Newman
                                                                     Hon. Michael J. Newman
                                                                       United States District Judge

---

[1] The Court recognizes that Plaintiff Peggy Cox's claims were dismissed. Doc. No. 26. However, the case caption remains what it was when the case began.